## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YUWSHA ALWAN, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-3509 |
| | : | |
| THE DISTRICT ATTORNEY | : | |
| OF THE COUNTY OF PHILA, et al. | : | |

### ORDER

This 13th day of November, 2025, following consideration of Yuwsha Alwan's Petition for Writ of *Habeas Corpus* (ECF 1), his Counseled Memorandum of Law (ECF 63, ECF 64), and his state court criminal docket, and review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** and Petitioner's objections are overruled;

2. The Petition for Writ of *Habeas Corpus* is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED**.

                                                /s/ Gerald Austin McHugh
                                             United States District Judge